**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nicanor G.M.,

Plaintiff,

v.

Todd Blanche, *Attorney General*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; David J. Venturella, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and Eric Tollefson, *Sheriff of Kandiyohi County*,

Defendant.

Civ. No. 26-3642 (JWB/DJF)

**ORDER FOR DISMISSAL**

---

The plaintiff and Todd Blanche, et al. have filed a Stipulation of Dismissal (Doc. No. 9). Based on that Stipulation, Todd Blanche, et al. is **DISMISSED WITHOUT PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: September 3, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Court Judge